IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**JON QUINTIN JOHNSTON,**

          Petitioner,

   v.

**GARRETT LANEY**, Superintendent,
Oregon State Correctional Institution; and
**OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION,**

          Respondents.

Case No. 6:20-cv-00969-AC

OPINION AND ORDER

**MOSMAN, J.,**

On October 14, 2021, Magistrate Judge John V. Acosta issued his Findings and Recommendation ("F&R") [ECF 29], recommending that I deny Petitioner Jon Johnston's Petition for Writ of Habeas Corpus [ECF 1] and enter a judgment of dismissal. Johnston filed objections to the F&R [ECF 31]. Respondents—the Superintendent of the Oregon State Correctional Institution and the Oregon Board of Parole and Post-Prison Supervision—responded to those objections [ECF 32]. Upon review, I agree with Judge Acosta and DENY the petition.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge

1 – OPINION & ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Acosta's recommendation and I ADOPT the F&R [ECF 29]. Accordingly, I DENY the Petition for Writ of Habeas Corpus [ECF 1] and decline to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 7th day of January, 2022.

MICHAEL W. MOSMAN
United States District Judge